RECEIVED
IN MONROE, LA.

JAN 1 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **GARY WAYNE BROOKS** | **CIVIL ACTION NO. 06-0742** |
| **VS.** | **SECTION P** |
| **BURL CAIN, WARDEN** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the Report and Recommendation is correct under the applicable law;

**IT IS ORDERED** that this application for writ of *habeas corpus* be and it is **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and exhibits annexed to it that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this _12_ day of _January_, 2007.

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**